AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARMEN MICHELLE OXFORD

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CR 322-03
CV 324-31

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated October 28, 2024, the U.S. Magistrate Judge's Report and Recommendations is adopted as the opinion of this Court. The Respondent's Motion to Dismiss is granted and the Petitioner's 28 U.S.C. 2255 Motion is dismissed without holding an evidentiary hearing. The Petitioner is denied a certificate of appealability and denied in forma pauperis status on appeal. This case stands closed.



October 28, 2024
Date

John E. Triplett, Acting Clerk
Clerk

*[signature: James R. Burrell]*
(By) Deputy Clerk